UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRANADOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01426-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR A NEW BRIEFING SCHEDULE<br><br>ECF No. 19 |

The parties' stipulated request for a new briefing schedule, ECF No. 19, is granted. Defendant shall have until August 19, 2020 to file a response. All other deadlines will follow the court's scheduling order of October 15, 2019.

IT IS SO ORDERED.

Dated:　July 13, 2020　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


No. 205