# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRANADOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01426-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 23 |

The parties' stipulated request for a third extension, ECF No. 23, is granted. The court does not anticipate granting further extensions absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   September 21, 2020                          _____
                                                     UNITED STATES MAGISTRATE JUDGE

No. 205

1