UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VINTON GRANDADOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:19-cv-1426-HBK <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES UNDER THE EQUAL JUSTICE ACT <br><br> (Doc. No. 33) |

Pending before the Court is Plaintiff's motion for attorney fees and supporting affidavit from attorney Jonathan Omar Pena, filed March 22, 2021. (Doc. No. 22). Plaintiff moves for an award of attorney's fees and costs in the amount of $9,821.57 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (*Id.*). The Commissioner of Social Security has not filed a response to the motion. (*See* docket).

On December 22, 2020, this Court granted the parties' Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and reversed and remanded the case to the Commissioner for further administrative proceedings. (Doc. No. 31). The Clerk entered judgment in favor of Plaintiff. (Doc. No. 32). Accordingly, as the prevailing party, plaintiff now requests an award of fees and costs. *See* 28 U.S.C. § 2412(a) & (d)(1)(A); Fed. R. Civ. P. 54(d)(1); *see* 28 U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing

party).

The Commissioner has not filed an opposition to the motion. *See* docket. After issuance of an order awarding EAJA fees and costs, the United States Department of the Treasury will determine whether plaintiff owes a debt to the government. If plaintiff has no discernable federal debt, the government will accept plaintiff's assignment of EAJA fees and pay the fees directly to plaintiff's counsel.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for attorney fees and costs (Doc. No. 33) is **GRANTED**.

2. Plaintiff is awarded fees in the amount of nine thousand eight hundred twenty-one dollars and fifty-seven cents ($9,821.57) for attorney fees and expenses. Unless the Department of Treasury determines that plaintiff owes a federal debt, the government must pay the fees to plaintiff's counsel in accordance with plaintiff's assignment of fees and subject to the terms of the stipulation motion.

IT IS SO ORDERED.

Dated: June 30, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE